IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA PENDERGRASS-WALKER, *et al.* <br> *Plaintiffs* <br><br> v. <br><br> GUY M. TURNER, INC., *et al.* <br> *Defendants* | CIVIL ACTION <br><br> NO. 16-5630 |

# ORDER

**AND NOW**, this 21st day of June 2017, upon consideration of the *motion to dismiss, or, in the alternative, to transfer* filed by Defendant Guy M. Turner, Inc. a/k/a Turner Transfer ("Turner"), [ECF 22], the *motion to transfer venue* filed by Defendants National Railroad Passenger Corp. ("Amtrak") and CSX Transportation, Inc. ("CSX") (collectively, with Turner, "Defendants"), [ECF 26], and Plaintiff's responses in opposition thereto, [ECF 24, 28], the reply brief filed by Amtrak and CSX , [ECF 32], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendants' motions to transfer are **GRANTED**. The Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. §1406(a), and to mark this matter **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*